UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICK DEON SOLOMON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALEIGH POLICE DEPARTMENT, )<br>)<br>Defendants. ) | **JUDGMENT** |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 16, 2013, and Copies To:**

Patrick Deon Solomon (via U.S. Mail) 5211 Evergreen Forest Way, Apartment 101
                      Raleigh, NC 27616


July 16, 2013                    JULIE A. RICHARDS, CLERK
                                        /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk